IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-106-WKW |
| | ) | |
| NAKIA PALMER, a/k/a NAKIA | ) | |
| COX and | ) | |
| NATHANIEL PALMER | ) | |

# **VERDICT FORM**

1. We, the jury, find Defendant NAKIA PALMER, a/k/a NAKIA COX,

_____ Not Guilty __✓__ Guilty

as charged in Count 2 of the Indictment.

2. We, the jury, find Defendant NATHANIEL PALMER

_____ Not Guilty __✓__ Guilty

as charged in Count 2 of the Indictment.

3. We, the jury, find Defendant NAKIA PALMER, a/k/a NAKIA COX,

_____ Not Guilty __✓__ Guilty

as charged in Count 3 of the Indictment.

4. We, the jury, find Defendant NAKIA PALMER, a/k/a NAKIA COX,

_____ Not Guilty __✓__ Guilty

as charged in Count 5 of the Indictment.

5. We, the jury, find Defendant NATHANIEL PALMER

_____ Not Guilty ✓ Guilty

as charged in Count 5 of the Indictment.

6. We, the jury, find Defendant NAKIA PALMER, a/k/a NAKIA COX,

_____ Not Guilty ✓ Guilty

as charged in Count 8 of the Indictment.

7. We, the jury, find Defendant NATHANIEL PALMER

_____ Not Guilty ✓ Guilty

as charged in Count 9 of the Indictment.

So say we all.

This the 15 day of February, 2018.

FOREPERSON